In the Matter of EARL L. JORDAN, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.—

Present—Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of HERMAN'S CREAMERY STORE, INC., Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.—

Present—Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRADLEY HUGHES, Appellant.—

Present—Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. H. GLYNN SEES, JR., Appellant.—

Present—Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MARSHALL BARR, JR., Appellant.—

Present—Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES McCANTS, Appellant.—

Present—Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD WATSON, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.—

Present—Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of CAROLYN HOWE, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Present—Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of ELEANORE PACOS et al., Appellants, v. GLENN L. HUNTER et al., Constituting the Board of Education of Fredonia Central School District, Respondents.—

Present—Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ. [29 Misc 2d 404.]